(V. D. 13)

AMERICAN THERMO-WARE COMPANY v. UNITED STATES

Entry No. 713539, etc.

(Decided September 16, 1954)

*Walter Auster* for the plaintiff.

*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *American Thermo-Ware Company* v. *United States*, 32 Cust. Ct. 526, Abstract 58170. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

# 499

▇▇▇▇▇▇▇▇

Schedule "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 223920–K/11484–53 | 713539 | 1 lot containing 75 pairs 7 x 50 binoculars with cases | |
| | | Binoculars, each_____ | 12. 50 |
| | | Carrying cases, each_____ | 2. 00 |
| | | 1 lot containing 50 pairs 8 x 30 binoculars with cases | |
| | | Binoculars, each_____ | 11. 75 |
| | | Carrying cases, each_____ | 1. 25 |
| | | 1 lot containing 25 pairs 8 x 30 binoculars with cases | |
| | | Binoculars, each_____ | 10. 25 |
| | | Carrying cases, each_____ | 1. 25 |
| | 779043 | 1 lot containing 100 pairs 7 x 50 binoculars with cases | |
| | | Binoculars, each_____ | 10. 60 |
| | | Carrying cases, each_____ | 2. 00 |
| | 771801 | 1 lot containing 125 pairs 7 x 35 binoculars with cases | |
| | | Binoculars, each_____ | 14. 60 |
| | | Carrying cases, each_____ | 1. 30 |
| | | 1 lot containing 50 pairs 7 x 35 binoculars with cases | |
| | | Binoculars, each_____ | 17. 20 |
| | | Carrying cases, each_____ | 1. 30 |
| | 789841 | 1 lot containing 25 pairs 10 x 50 binoculars with cases | |
| | | Binoculars, each_____ | 14. 80 |
| | | Carrying cases, each_____ | 2. 00 |
| | | 1 lot containing 100 pairs 7 x 18 binoculars with cases | |
| | | Binoculars, each_____ | 6. 90 |
| | | Carrying cases, each_____ | 0. 60 |
| | 765775 | 1 lot containing 50 pairs 7 x 50 binoculars with cases | |
| | | Binoculars, each_____ | 14. 50 |
| | | Carrying cases, each_____ | 2. 00 |
| | | 1 lot containing 150 pairs 7 x 50 binoculars with cases | |
| | | Binoculars, each_____ | 12. 50 |
| | | Carrying cases, each_____ | 2. 00 |
| | | | net packed |